*In re* IRMA E. CASIANO SANTIAGO.

*Número:* TS-10903          *Resuelto:* 17 de octubre de 2003

*Carmen H. Carlos,* directora de la Oficina de Inspección de Notarías.

## RESOLUCIÓN

Examinada la moción informativa presentada por la Oficina de Inspección de Notarías, en la cual se nos informa que la Lcda. Irma E. Casiano Santiago ha subsanado las deficiencias señaladas por esa oficina, se ordena su reinstalación al ejercicio de la notaría.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada Señora Naveira de Rodón no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*